JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FTR INTERNATIONAL, INC., a California corporation; NIZAR KATBI, an individual,<br><br>Defendants. | Case No.: SACV11-01592 FMO(ANx)<br><br>Assigned to the Honorable Fernando M. Olguin<br><br>**ORDER DIMISSING ENTIRE ACTION, WITH PREJUDICE, PURSUANT TO STIPULATION BY THE PARTIES** |

TO ALL PARTIES, AND THEIR LEGAL COUNSEL OF RECORD:

IT IS HEREBY ORDERED that pursuant to the "Stipulation for Dismissal with Prejudice, of the Entire Action" entered into by and between Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et. al., and Defendants FTR International, Inc. and Nizar Katbi, the above-entitled action is dismissed, with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED: February 19, 2013           /s/  Fernando M. Olguin           .
                                  UNITED STATES DISTRICT COURT JUDGE